11/18/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**HANNAH H. GETTO,**<br><br>**Defendant.** | **VIOLATION:**<br>**E1103230**<br>**Location Code: M13**<br><br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1103230 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1103230.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 9, 2021, is VACATED.

DATED this 18th day of November, 2021.

John Johnston
United States Magistrate Judge